UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CHAVEZ,<br><br>        Petitioner,<br><br>    v.<br><br>KEN CLARK, Warden,<br><br>        Respondent. | No. CV 09-8437-JFW (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report. Petitioner filed an application for a certificate of appealability. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: February 29, 2012

                                            JOHN F. WALTER<br>
                               UNITED STATES DISTRICT JUDGE