JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CHAVEZ,<br><br>          Petitioner,<br><br>   v.<br><br>KEN CLARK, Warden,<br><br>          Respondent. | No. CV 09-8437-JFW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: February 29, 2012

                                                    JOHN F. WALTER<br>
                                       UNITED STATES DISTRICT JUDGE